IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| MELISSA BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:24-cv-00477 |
| | ) | |
| NELSON SMITH, in his official capacity as Commissioner of the Virginia Department of Behavioral Health and Developmental Services, | ) ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF HEARING**

Pursuant to ¶ 11(g) of the Court's Rule 16(b) Scheduling Order, ECF No. 22, and Federal Rule of Civil Procedure 78, please take notice that the Court will hear argument at 10:00 a.m. on Friday, September 13, 2024, or as soon thereafter as it may be heard, on the Virginia Department of Behavioral Health and Developmental Services' Motion to Quash Plaintiff's Subpoena and for a Protective Order.

Respectfully submitted,

VIRGINIA DEPARTMENT OF
BEHAVIORAL HEALTH AND
DEVELOPMENTAL SERVICES

By:  /s/ Pebbles L. Burgess
Pebbles L. Burgess (VSB No. 74817)*
Senior Assistant Attorney General
Office of the Attorney General
204 Abingdon Place
Abingdon, Virginia 23219
Telephone: (276) 628-1786
Facsimile: (276) 628-4375
Email: pburgess@oag.state.va.us

| | |
|---|---|
| Jason S. Miyares<br>Attorney General | Robert S. Claiborne, Jr. (VSB No. 86332)*<br>Assistant Attorney General<br>Office of the Attorney General |
| Thomas J. Sanford<br>Deputy Attorney General | 202 North Ninth Street<br>Richmond, Virginia 23219<br>Telephone: (804) 482-2275 |
| Jacqueline C. Hedblom<br>Senior Assistant Attorney General/<br>Trial Section Chief | Facsimile: (804) 371-2087<br>Email: rclaibornejr@oag.state.va.us<br><br>*Counsel of Record for Virginia* |
| Calvin C. Brown<br>Senior Assistant Attorney General/<br>General Civil Unit Manager | *Department of Behavioral Health and Developmental Services* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of September, 2024, I filed the foregoing using the Court's CM/ECF filing system, which sends an electronic notification of the same to counsel of record.

By: /s/ Pebbles L. Burgess
Pebbles L. Burgess (VSB No. 74817)*
Senior Assistant Attorney General
Office of the Attorney General
204 Abingdon Place
Abingdon, Virginia 23219
Telephone: (276) 628-1786
Facsimile: (276) 628-4375
Email: pburgess@oag.state.va.us

*Counsel of Record for the Virginia Department of Behavioral Health and Developmental Services*