IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| MELISSA BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:24-cv-00477 |
| | ) | |
| NELSON SMITH, in his official capacity as Commissioner of the Virginia Department of Behavioral Health and Developmental Services, | ) ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION TO
EXTEND DEADLINES IN RELATION TO A MOTION FOR COSTS AND
ATTORNEY'S FEES**

Counsel for Plaintiff Melissa Brown and Defendant Nelson Smith, Commissioner of the Virginia Department of Behavioral Health and Developmental Services, respectfully request that the Court extend the deadlines in relation to a motion for costs and attorney's fees. The parties state the following in support hereof:

1. On Tuesday, September 30, 2025, the Court entered judgment in this matter in favor of Plaintiff and against Defendant. ECF No. 65.

2. Plaintiff's deadline to file a motion for costs and attorney's fees is Tuesday, October 14, 2025. Fed. R. Civ. P. 54(d)(2)(B)(i); L.R. 54(D)(1).

3. Defendant's deadline to notice an appeal is Thursday, October 30, 2025. Fed. R. App. P. 4(a)(1)(A).

4. In the interest of facilitating the litigation and determination of any motion for costs and attorney's fees and any appeal, or the out-of-Court resolution of costs and fees, the parties respectfully request that:

    A. If Defendant notices an appeal, and judgment for Plaintiff is affirmed on appeal, then:

        i. Plaintiff's deadline to file a motion for costs and attorney's fees shall be extended to thirty days after the date of remand; and

        ii. Defendant's deadline to file a response to such a motion for costs and attorney's fees shall be extended to forty-four days after the date that Plaintiff files her motion for costs and attorney's fees; or

    B. If Defendant does not notice an appeal, then:

        i. Plaintiff's deadline to file a motion for costs and attorney's fees shall be extended to Monday, December 1, 2025; and

        ii. Defendant's deadline to file a response to such a motion for costs and attorney's fees shall be extended to Monday, February 2, 2026.

WHEREFORE, the parties respectfully request the Court's entry of an Order substantially in the form of the attached **Exhibit A**.

Respectfully submitted,

| MELISSA BROWN | NELSON SMITH, in his official capacity as Commissioner of the Virginia Department of Behavioral Health and Developmental Services |
|---|---|
| By: /s/ Robert McNamara | By: /s/ Robert S. Claiborne, Jr. (with permission) |
| Robert McNamara (VSB No. 73208)<br>Paul Sherman (VSB No. 73410)<br>Andrew Ward* (NY Bar No. 5364393)<br>Michael Greenberg* (DC Bar No. 1723725)<br>Institute for Justice<br>901 North Glebe Road, Suite 900<br>Arlington, Virginia 22203<br>Telephone: (703) 682-9320<br>Facsimile: (703) 682-9321 | Robert S. Claiborne, Jr. (VSB No. 86332)<br>Assistant Attorney General<br>Office of the Attorney General<br>202 North Ninth Street<br>Richmond, Virginia 23219<br>Telephone: (804) 482-2275<br>Facsimile: (804) 371-2087<br>rclaibornejr@oag.state.va.us<br>Pebbles L. Burgess (VSB No. 74817) |

<div style="display: flex;">

rmcnamara@ij.org
psherman@ij.org
ahward@ij.org
mgreenberg@ij.org

*\* Admitted Pro Hac Vice*

Senior Assistant Attorney General
Office of the Attorney General
204 Abingdon Place
Abingdon, Virginia 23219
Telephone: (276) 628-1786
Facsimile: (276) 628-4375
pburgess@oag.state.va.us

</div>